UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITO A. THOMAS, | Case No. CV 16-07653 JLS (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| CALIFORNIA VICTIM COMPENSATION PROGRAM, et al., | |
| Defendants. | |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED: April 24, 2017          _____

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE